JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ABEL MANI TLAHUEL,

Plaintiff,

v.

DHS, et al.,

Defendants.

Case No. 5:26-cv-01998-AB-PVC

**ORDER DISMISSING CIVIL ACTION**

The Court has found that this action is duplicative to 2:25-cv-10878-AB-PVC, *Abel Mani Tlahuel v. Fereti Semaia et al*.

The Court therefore **DISMISSES** this action without prejudice.

Dated: August 13, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

cc: PVC Chambers